No. 29,392.

THE FORT MORGAN BEAN COMPANY, *Appellee,* v. THE CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY, *Appellant.*

(293 Pac. 526.)

Opinion on rehearing filed December 6, 1930. (For original opinion of affirmance see 130 Kan. 859, 287 Pac. 589.)

*H. M. Langworthy, Byron Spencer, Frank H. Terrell* and *Harlow B. Lester,* all of Kansas City, Mo., for the appellant; *H. J. Nelson,* of St. Joseph, Mo., of counsel.

*Grant W. Harrington,* of Kansas City, for the appellee.

*W. W. Brown,* of Parsons, as *amicus curiæ.*

The opinion of the court was delivered by

MARSHALL, J.: An opinion in this case is found in *Fort Morgan Bean Co. v. Chicago, B. & Q. Rld. Co.,* 130 Kan. 859, 287 Pac. 589. On the application of the defendant, a rehearing has been granted. It has been rebriefed and reargued.

After a careful reëxamination of the abstracts and briefs, the court has concluded that the opinion formerly written correctly stated the law applicable to the facts there disclosed. For that reason the court adheres to its former opinion.